AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2026

SEAN F. McAVOY, CLERK

JOHN M. TAYLOR  )
*Plaintiff*  )
v.  )   Civil Action No.   2:26-CV-00016-RLP
  )
  )
THE FEDS  )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Mr. Taylor's Complaint, ECF No. 1, is DISMISSED with prejudice and without leave to amend.

This action was *(check one)*:

❑   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   REBECCA L. PENNELL

Date:   4/13/2026                              *CLERK OF COURT*


                                      s/Sean F. McAvoy
                                      *Signature of Clerk*